UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLYDEN A. DAVIS<br>5204 Lynns Retreat Drive<br>Bowie, MD 20720<br><br>                  Plaintiff,<br><br>v.<br><br>JOSEPH J. MAGNOLIA, INC.<br>c/o HIQ Corporate Services, Inc.<br>1023 15th Street, NW Suite 401<br>Washington, DC 20005<br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>) **JURY TRIAL DEMANDED**<br>) **HEREIN**<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S ORIGINAL COMPLAINT

Blyden A. Davis ("Plaintiff"), for his Complaint against Joseph J. Magnolia, Inc. (the "Defendant"), states as follows:

### I. The Parties

1. Plaintiff Blyden Davis is an African American male resident of Bowie, Maryland. At all times relevant to this action, Plaintiff was employed by the Defendant as an Operator and/or Laborer in Washington, DC.

2. Defendant Joseph J. Magnolia, Inc. is a for-profit Maryland corporation with its headquarters in Washington, DC. Its District of Columbia Registered Agent is HIQ Corporate Services, Inc.

### II. Jurisdiction and Venue

3. This court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331, and this Court has supplemental jurisdiction over Plaintiff's District of Columbia law claims under 28 U.S.C. § 1367.

4. Venue is proper in this judicial district pursuant to 42 U.S.C. § 1391.

### III. Exhaustion of Administrative Remedies

5. Plaintiff filed a complaint of hostile work environment based on race and retaliation with the District of Columbia Office of Human Rights ("OHR"), which complaint was cross filed with the U.S. Equal Employment Opportunity Commission ("EEOC") pursuant to a worksharing agreement between those two agencies, on or about January 6, 2006.

6. On or about May 11, 2006, Plaintiff supplemented his OHR complaint to include an additional retaliation claim based on his termination by Defendant on or about May 4, 2006.

7. On or about December 1, 2006, OHR mailed a Letter of Determination to Plaintiff, finding that there was no probable cause.

8. On or about December 16, 2006, Plaintiff requested a Substantial Weight Review from the EEOC.

9. On or about December 3, 2007, the EEOC mailed Plaintiff a letter indicating that it was adopting the OHR's decision, and that Plaintiff could file suit in court within 90 days of his receipt of the EEOC's letter.

10. Plaintiff is filing suit within 90 days of receipt of the EEOC's "Right to Sue" letter.

11. All required administrative remedies have been exhausted.

### IV. Background Facts

12. Blyden Davis, who was hired as an equipment operator, worked for Defendant in the District of Columbia from March 2005 through his termination in May 2006.

13. In July 2005, Mr. Davis' supervisor (white) referred to Mr. Davis as a "Nigger."

14. On or about October 17, 2005, Plaintiff complained to Defendant's human resources office regarding this incident and the hostile work environment to which he had otherwise been subjected based on his race (African American).

15. Approximately one week after he complained to Defendant's human resources office, Plaintiff was transferred to work under a different supervisor.

16. On or about January 6, 2006, Mr. Davis filed a complaint with OHR.

17. Since complaining internally to Defendant's human resources office and since his complaint to OHR, Defendant reprimanded Plaintiff on numerous occasions by issuing him unfounded or otherwise concocted warnings in retaliation for his engaging in the protected activity of complaining of unlawful discrimination and retaliation, and continued to endure a hostile work environment based on race and retaliation.

18. On May 3, 2006, during the pendency of his OHR complaint processing, Mr. Davis' employment was terminated by Defendant.

## COUNT I
## DISCRIMINATION BASED ON RACE AND COLOR

19. Plaintiff adopts and incorporates by reference herein each and every preceding paragraph.

20. The conduct described above including but not limited to numerous reprimands, transferring Plaintiff from his position, subjecting Plaintiff to a hostile work environment and terminating him was motivated by Mr. Davis' race and color in violation

of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 *et seq.* and the D.C. Human Rights Act.

21. As a result of the discriminatory conduct described above, Mr. Davis has suffered considerable injury, both economically and emotionally.

## COUNT II
## HOSTILE WORK ENVIRONMENT

22. Plaintiff adopts and incorporates by reference herein each and every preceding paragraph.

23. As a result of the herein described retaliatory and/or discriminatory conduct the Defendant has subjected Mr. Davis to a hostile work environment based on his race and color and/or retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 *et seq*, and the D.C. Human Rights Act.

## COUNT III
## RETALIATION FOR ENGAGING IN PROTECTED ACTIVITY

24. Plaintiff adopts and incorporates by reference herein each and every preceding paragraph.

25. The conduct described above including but not limited to numerous reprimands, transferring Plaintiff from his position, subjecting Plaintiff to a hostile work environment and terminating him, was also motivated by retaliation for Mr. Davis' internal and external (OHR) discrimination complaints in further violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000 *et seq.* and the D.C. Human Rights Act.

4

26. The retaliatory conduct described above constituted a materially adverse employment action. Mr. Davis was unjustly disciplined and terminated, and thereby incurred damages including but not limited to damage to promotion potential and elibility for future employment. The Defendant's retaliatory conduct additionally caused Mr. Davis to suffer emotional pain and suffering.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

    a.    Order the Defendant to make the Plaintiff whole by granting full back pay, front pay, lost overtime and and reimbursement for other monetary and non-monetary benefits, and prejudgment interest, all in amounts to be proved at trial;

    b.    Order that the Defendant pay plaintiff compensatory, punitive damages and other appropriate damages in an amount to be determined at trial;

    c.    Retain jurisdiction over this action to ensure full compliance with the Court's orders and require the Defendant to file such reports as the Court deems necessary to evaluate such compliance;

    d.    Order the Defendant to pay Plaintiff's costs and expenses and reasonable attorneys' fees in connection with this action; and

    e.    Grant such other and further relief to the Plaintiff as the Court deems just and proper.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Respectfully Submitted,

*[signature]*

T. Cary Devorsetz (D.C. Bar No. 475070)
ALDERMAN, DEVORSETZ & HORA PLLC
1025 Connecticut Ave., NW
Suite 615
Washington, D.C. 20036
Tel. 202.969.8220
Fax 202.969.8224
E-mail: cdevorsetz@adhlawfirm.com

**COUNSEL FOR PLAINTIFF**

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS
Blyden A. Davis

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Washington, D.C.
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS
Joseph J. Magnolia, Inc.
c/o HIQ Corporate Services, Inc.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

T. Cary Devorsetz
Alderman, Devorsetz & Hora PLLC
1025 Connecticut Ave, NW; Suite 615
Washington, DC 20036

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ● 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other) OR ○ F. Pro Se General Civil

Real Property
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

Personal Property
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

Bankruptcy
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

Property Rights
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

Federal Tax Suits
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

Other Statutes
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ◉ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☒ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
◉ 1 Original Proceeding    ○ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Title VIII of the Civil Rights Act of 1965, as amended 42 U.S.C. § 2000 et seq. Discrimination based on race and color

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ To Be Determined    Check YES only if demanded in complaint    JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 2/20/2008    SIGNATURE OF ATTORNEY OF RECORD _____

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.