## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLYDEN A. DAVIS<br>5204 Lynns Retreat Drive<br>Bowie, MD 20720<br><br>                    Plaintiff,<br><br>        v.<br><br>JOSEPH J. MAGNOLIA, INC.<br>c/o HIQ Corporate Services, Inc.<br>1023 15th Street, NW  Suite 401<br>Washington, DC 20005<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 08 0290 EGS<br>)<br>)  **JURY TRIAL DEMANDED**<br>)  **HEREIN**<br>)<br>)<br>)<br>)<br>) |

## **PROOF OF SERVICE**

I hereby certify, under the penalty of perjury, that the following is true and correct:

Service of process in the above captioned matter was made by mailing a copy of the summons and complaint, via certified mail, Receipt No. 7005 1820 0004 0049 9111, to Joseph J. Magnolia, Inc's District of Columbia registered agent.  The summons and Complaint were received on February 22, 2008, and documentation demonstrating service is attached hereto.

                                                    Respectfully Submitted,
                                                    ALDERMAN, DEVORSETZ & HORA, PLLC

                                                     /s/ T. Cary Devorsetz (D.C. Bar No. 475070)
                                                     1025 Connecticut Ave., NW
                                                     Suite 615
                                                     Washington, D.C. 20036
                                                     Tel. 202.969.8220
                                                     Fax 202.969.8224
                                                     E-mail: cdevorsetz@adhlawfirm.com

                                                     **COUNSEL FOR PLAINTIFF**

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Terese Cross_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Terese Cross                    2-22-08 |
| 1. Article Addressed to:<br><br>Joseph J. Magnolia, Inc.<br>c/o HIQ Corporate Services<br>1023 16th Street, NW<br>Suite 401<br>Washington, DC 20005 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0004 0049 9111 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

T. Cary Deuorsetz
Alderman, Deuorsetz + Hora PLLC
1025 Connecticut Ave, NW
Suite 615
Washington, DC 20036

Deuis