UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLYDEN A. DAVIS<br>5204 Lynns Retreat Drive<br>Bowie, Maryland 20720<br><br>      Plaintiff,<br><br>v.<br><br>JOSEPH J. MAGNOLIA, INC.<br>600 Gallatin Street, N.E.<br>Washington, DC 20017<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:08-CV00290 -EGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION TO DISMISS THE COMPLAINT PURSUANT TO THE FEDERAL ARBITRATION ACT

For the reasons in the attached Memorandum, Defendant, Joseph J. Magnolia, Inc., ("Magnolia"), moves this Court to dismiss the Complaint because the parties are bound by an agreement to arbitrate all the claims in this case.

A proposed Order is attached.

                Respectfully submitted,

                **JACKSON LEWIS LLP**

March 7, 2008        By: __/s/ Michael N. Petkovich_____
                Michael N. Petkovich (D.C. Bar No. 456010)
                Andrew S. Cabana (D.C. Bar No. 489377)
                8614 Westwood Center Drive, Suite 950
                Vienna, VA 22182
                (703) 821-2189
                (703) 821-2267 [fax]
                petkovim@jacksonlewis.com
                **Attorneys for Defendant**

CERTIFICATE OF SERVICE

I hereby certify on March 7, 2008, a copy of the foregoing Defendant's *Motion to Dismiss* Plaintiff's Complaint and *[Proposed]* *Order* was filed with the court by electronic means; opposing party and the judge were served consistently with the instructions therein.

March 7, 2008                By: __/s/ Michael N. Petkovich__
                             Michael N. Petkovich (D.C. Bar No. 456010)
                             Andrew S. Cabana (D.C. Bar No. 489377)
                             JACKSON LEWIS LLP
                             8614 Westwood Center Drive, Suite 950
                             Vienna, VA 22182
                             (703) 821-2189
                             (703) 821-2267 [fax]
                             petkovim@jacksonlewis.com
                             **Attorneys for Defendant**


**DUTY TO CONFER UNDER LCvR 7(m)**

As this motion is dispositive in nature, no duty to confer is required.

March 7, 2008                By: __/s/ Michael N. Petkovich__
                             Michael N. Petkovich (D.C. Bar No. 456010)
                             Andrew S. Cabana (D.C. Bar No. 489377)
                             **JACKSON LEWIS LLP**
                             8614 Westwood Center Drive, Suite 950
                             Vienna, VA 22182
                             (703) 821-2189
                             (703) 821-2267 [fax]
                             petkovim@jacksonlewis.com
                             **Attorneys for Defendant**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLYDEN A. DAVIS )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSEPH J. MAGNOLIA, INC. )<br>)<br>Defendant. )<br>) | Case No. 1:08-CV00290 -EGS |

### ORDER

This matter is before the Court on the Defendant's motion to dismiss the Complaint. The Court finds that the parties entered into a valid agreement to arbitrate all the claims in the complaint. The Court, having reviewed the motion and memorandum in support, any opposition to same, and any reply thereto, and finding good cause grants Defendant's motion.

**IT IS ORDERED** that the Defendant's motion to dismiss is **GRANTED**.


Signed on _____, 2008


_____
Judge, United States District Court

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLYDEN A. DAVIS                         ) <br>                                                    ) <br>                                                    ) <br>           Plaintiff,                     ) <br>                                                    ) Case No. 1:08-CV00290 -EGS <br> v.                                                ) <br>                                                    ) <br> JOSEPH J. MAGNOLIA, INC.     ) <br>                                                    ) <br>           Defendant.                  ) <br>                                                    ) | |

## ORDER

This matter is before the Court on the Defendant's motion to dismiss the Complaint. The Court finds that the parties entered into a valid agreement to arbitrate all the claims in the complaint. The Court, having reviewed the motion and memorandum in support, any opposition to same, and any reply thereto, and finding good cause grants Defendant's motion.

**IT IS ORDERED** that the Defendant's motion to dismiss is **GRANTED**.


Signed on _____, 2008


                                                                     _____
                                                                     Judge, United States District Court