UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BLYDEN DAVIS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 1:08-CV00290 -EGS |
| : | |
| **JOSEPH J. MAGNOLIA, INC.,** : | |
| : | |
| **Defendant.** : | |
| : | |

## DEFENDANT'S CORPORATE DISCLOSURE CERTIFICATION

Defendant Joseph J. Magnolia, Inc., ("Magnolia"), through counsel of record, certifies pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia that to the best of my knowledge and belief, Magnolia is not a publicly traded corporation; and there are no other publicly held corporate parents, subsidiaries or affiliates of defendant which have any outstanding securities in the hands of the public.  These representations are made in order that judges of this court may determine the need for recusal.

                                  Respectfully submitted

                            By:     \_\_\_\_s//\_\_Michael N. Petkovich_____
Michael N. Petkovich, Esq., (D.C. Bar No. 456010)
Andrew S. Cabana, Esq., (D.C. Bar No. 489377)
Jackson Lewis LLP
10701 Parkridge Boulevard
Suite 300
Reston, VA  20191
(703) 483-8300 – Phone
(703) 483-8301 – Fax
petkovim@jacksonlewis.com
cabanaa@jacksonlewis.com
**Attorneys for Joseph J. Magnolia, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify on August 25, 2008, a copy of the foregoing Defendant's *CORPORATE DISCLOSURE CERTIFICATION* was filed with the court by electronic means; opposing parties and the judge were served consistently with the instructions therein.

**JACKSON LEWIS LLP**

August 25, 2008                    By: __/s/ Michael N. Petkovich__
Michael N. Petkovich (D.C. Bar No. 456010)
Andrew S. Cabana (D.C. Bar No. 489377)
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
(703) 821-2189
(703) 821-2267 [fax]
petkovim@jacksonlewis.com
cabanaa@jacksonlewis.com
**Attorneys for Joseph J. Magnolia, Inc.**